**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**WIL W. TAYLOR,**

        **Petitioner,**

                                        **Case No. 2:16-cv-237**
    **v.**                                  **JUDGE GEORGE C. SMITH**
                                            **Magistrate Judge King**

**WARDEN, LEBANON
CORRECTIONAL INSTITUTION,**

        **Respondent.**

<u>**ORDER**</u>

On March 29, 2017, the Magistrate Judge recommended that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. *Report and Recommendation* (Doc. 9). Although the parties were advised of their right to object to the *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (Doc. 9) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT.**

        **IT IS SO ORDERED.**


                                    *s/ George C. Smith*_____
                                    **GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**